UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOLOMAN RICKY PATU,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>EWING, et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-908-RSM-BAT<br><br>**ORDER DISMISSING CASE** |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, all objections, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation, Dkt. #4.

(2) This case shall be dismissed without prejudice, 14 days from issuance of this order unless Plaintiff pays the filing fee.

(3) The Clerk is directed to send copies of this Order to the parties.

DATED this 18th day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE - 1